# United States Court of Appeals
## For the First Circuit

No. 09-1028

RICHARD MAX STRAHAN,

Plaintiff - Appellant,

v.

SIMON PROPERTY GROUP, INC.; COMMISSIONER,
CITY OF BOSTON POLICE DEPARTMENT;
BOSTON PROPERTIES, INC.;
ALLIED BARTON SECURITY SERVICES, LLC,

Defendants - Appellees.

**ORDER OF COURT**

Entered: May 7, 2009
Pursuant to 1st Cir. R. 27.0(d)

Plaintiff-Appellant has filed an untimely motion for an extension of time to file his opening brief. See Fed. R. App. P. 25(a)(2)(A) (filing is not timely unless the clerk receives the papers within the time fixed for filing). Notwithstanding this deficiency, appellant's motion is granted in part. The appellant's opening brief is due on or before June 19, 2009 only. The Clerk's Office expects that future motions will be timely filed.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Richard Max Strahan
Elizabeth Bostwick
Martin Fantozzi
Phillip Hirshberg
Sean Milano