# United States Court of Appeals
## For the First Circuit

No. 09-1028

RICHARD MAX STRAHAN

Plaintiff - Appellant

v.

SIMON PROPERTY GROUP, INC.; COMMISSIONER,
CITY OF BOSTON POLICE DEPARTMENT;
BOSTON PROPERTIES, INC.;
ALLIED BARTON SECURITY SERVICES, LLC

Defendants - Appellees

**ORDER OF COURT**

Entered: July 23, 2009
Pursuant to 1st Cir. R. 27.0(d)

Appellant is presently in default for failure to file a brief and appendix. It is ordered that if a brief and appendix are not filed on or before **August 6, 2009**, this case will be dismissed in accordance with 1st Cir. R. 45.0(a) for lack of prosecution.

By the Court

/s/ Richard Cushing Donovan, Clerk

cc:
Elizabeth L. Bostwick
Martin M. Fantozzi
Philip M. Hirshberg
Sean J. Milano
Michael S. Rabieh
Richard Max Strahan