UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RICHARD MAX STRAHAN )
)
    Appellant-*Plaintiff* )
)
) Appeals No.
v. )
) 09-1028
SIMON PROPERTY GROUP INC, et al. )
) 23 July 2009
)
    Appellees-*Defendants* )



APPELLANT'S MOTION TO EXENTD TO 13 AUGUST 2009
THE DATE FOR FILING HIS BRIEF

    I the Appellant — Richard Max Strahan — move the court of appeals to extend the date for filing his brief of the instant appeal to 27 August 2009.[1] I need the requested time due to being subject currently to numerous court imposed deadlines. I am indigent and not an attorney. The protection by the First Amendment's petition clause of my right to bring the instant appeal compels the court of appeals to recognize that I am not an attorney, to consider my indigent status and my lack of available legal resources to practically provide me the time I need to prepare and file the required brief. I do not have the legal resources at this time or the necessary cash to file the required number copies of a brief with the court of appeals by 6 August 2009 as ordered by the court of appeals on 23 July 2009.

    Since there was no hearing in the trial court, no copy of a transcript is required. Howver, the trial court dismissed my claims against all the defendants for very technical reasons that require exhausting legal research. I have very limited access to Westlaw and I have any law

---

[1] On 23 July 2009 the court of appeals issued an order requiring that I file my brief by 6 August 2009 or my appeal will be dismissed.

library. I also need to raise the money to pay for the printing of the required number of copies of my brief with the court of appeals.

  For the above reasons, I ask the First Circuit to grant me my requested relief.

BY:
/s Richard Max Strahan
_____
Richard Max Strahan, Plaintiff
P. O. Box 382408
Cambridge MA 02238
617.233.3854

*Barefoot and Proud!*

I certify that a copy of this motion has been served on the Appellee's attorney via E-Mail and the US First Class Mail on 23 July 09.
/s Richard Max Strahan
_____
Richard Strahan, Appellant