# United States Court of Appeals
## For the First Circuit

No. 09-1028

RICHARD MAX STRAHAN

Plaintiff - Appellant

v.

SIMON PROPERTY GROUP, INC.; COMMISSIONER,
CITY OF BOSTON POLICE DEPARTMENT;
BOSTON PROPERTIES, INC.;
ALLIED BARTON SECURITY SERVICES, LLC

Defendants - Appellees

**ORDER OF COURT**

Entered: July 29, 2009
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Richard Max Strahan to file a brief be enlarged to and including **August 27, 2009**. No further extension of this deadline should be expected.

By the Court

/s/ Richard Cushing Donovan, Clerk

cc:
Elizabeth L. Bostwick
Martin M. Fantozzi
Philip M. Hirshberg
Sean J. Milano
Michael S. Rabieh
Richard Max Strahan