MANDATE

# United States Court of Appeals
## For the First Circuit

No. 09-1028

08-10764
USDC MA
Gertner, N.

RICHARD MAX STRAHAN

Plaintiff - Appellant

v.

SIMON PROPERTY GROUP, INC.; COMMISSIONER,
CITY OF BOSTON POLICE DEPARTMENT;
BOSTON PROPERTIES, INC.;
ALLIED BARTON SECURITY SERVICES, LLC

Defendants - Appellees

### JUDGMENT

Entered: October 7, 2009
Pursuant to 1st Cir. R. 27.0(d)

By notice issued July 23, 2009 and September 15, 2009, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by September 29, 2009, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45.0(a) and 3.0(b).

By the Court:

/s/ Margaret Carter, Chief Deputy Clerk

cc:
Richard Max Strahan
Elizabeth L. Bostwick
Martin M. Fantozzi
Philip M. Hirshberg
Sean J. Milano
Michael S. Rabieh

Certified and issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 11/20/09